AO 442 (Rev. 10/13) Arrest Warrant

**FILED**

AUG 21 2025

~~Heidi D. Campbell~~, Clerk
U.S. DISTRICT COURT

USMS-N/OK RCVD:
AUG 18 2025 AM 9:58

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 25-mj-704-MTS |
| CHRISTIEN LAFRANCE | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTIEN LAFRANCE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession of Methamphetamine with Intent to Distribute

Date: 8-16-2025  11:57am

*Issuing officer's signature*

City and state: Tulsa, Oklahoma      Mark T. Steele, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* August 16, 2025 and the person was arrested on *(date)* August 18, 2025
At *(city and state)* Tulsa, OK
Date: August 18, 2025

*Arresting officer's signature*

A/GS Darin Zumwalt
*Printed name and title*

ADM/kj