IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25 CR - 334 JDR |
| Plaintiff, | |
| v. | INFORMATION<br>[21 U.S.C. §§ 846 and<br>841(b)(1)(A)(viii) – Drug<br>Conspiracy;<br>Forfeiture Allegation: 21 U.S.C. §<br>853(a) – Drug Forfeiture] |
| CHRISTIEN LAFRANCE, | |
| Defendant. | |

FILED
SEP 0 5 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

THE UNITED STATES ATTORNEY CHARGES:

Between on or about July 16, 2025, and August 15, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, Christien Lafrance, knowingly, intentionally, and willfully conspired, confederated, and agreed, together and with others known and unknown, to distribute and possess with intent to distribute 500 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION
### [21 U.S.C. § 853(a)]

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of the offense alleged in this Information, as a part of his sentence, the defendant, **CHRISTIEN LAFRANCE**, shall forfeit to the United States, any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violation, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes, but is not limited to:

**CURRENCY**

1. Approximately $3,850.00 in United States currency seized from the defendant on August 15, 2025 by law enforcement;

2. Approximately $2,020.00 in United States currency seized from the defendant on August 15, 2025 by law enforcement;

3. Approximately $20,910.00 in United States currency seized from the defendant on August 15, 2025 by law enforcement; and

**VEHICLE**

4. A grey 2020 Ford F-150 Oklahoma Edition truck, VIN No. 1FTEW1E56LKE5993, seized from the defendant on August 15, 2025 by law enforcement.

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g), and Title 28, United States

Code, Section 2461(c), the defendant shall forfeit substitute property, up to the value of the property described above if, by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All pursuant to Title 21, United States Code, Section 853(a).

CLINTON J. JOHNSON
United States Attorney

*/s/ Adam D. McConney*

Adam D. McConney, CA Bar 294344
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700
adam.mcconney@usdoj.gov