# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>v.<br><br>**CHRISTIEN VALERE LAFRANCE,**<br><br>    Defendant. | Case No. 25-CR-334-JDR |

## ENTRY OF APPEARANCE

The United States of America, by Reagan V. Reininger, Assistant United States Attorney for the Northern District of Oklahoma, hereby enters her appearance as counsel to prosecute the forfeiture matters of the case for the United States of America.

                                                      Respectfully submitted,

                                                      CLINTON J. JOHNSON<br>
                                                      UNITED STATES ATTORNEY

                                                      */s/ Reagan V. Reininger*<br>
                                                      REAGAN V. REININGER, OBA #22326<br>
                                                      Assistant United States Attorney<br>
                                                      110 West Seventh Street, Suite 300<br>
                                                      Tulsa, OK   74119<br>
                                                      Telephone: (918) 382-2700<br>
                                                      Email:   reagan.reininger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Caytlynn Brown*
CAYTLYNN BROWN, Data Analyst
