UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 25-cr-334-JDR |
| vs. | | Date: 9/11/2025 |
| | | Court Time: 2:00 p.m. |
| Christien Valere Lafrance, | | |
| | Defendant(s). | **MINUTE SHEET – ARRAIGNMENT** |

Christine D. Little, U.S. Magistrate Judge    T. Calico, Deputy Clerk    Magistrate Courtroom 1

Counsel for Plaintiff: Adam David McConney
Counsel for Defendant: Terry Lee Weber, Appt.
Interpreter: _____    ☐ sworn

Defendant appears in person for Arraignment on:  ☐ Indictment;  ☒ Information;  ☐ Complaint;

☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;

☒ Defendant acknowledges receipt of Information    Indictment:  ☐ Read;  ☒ Reading waived;
☒ Defendant advised of charge;

Defendant's name as reflected in the Information;
   ☐ Verified in open court as the true and correct legal name
   ☒ Corrected by interlineation to  _Christien Valere Lafrance_
       to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court as the true and correct legal name:  ☐ U.S. Attorney;  ☐ Deft's Att. to verify and advise court;

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea    ☒ Schedule to be entered;

Defendant waives:  ☒ Indictment;  ☐ Detention Hearing;  ☐ Separate Representation   ☒ Waivers approved by Court;

☐ Arraignment continued to: _____ at _____
☐ Detention Hearing scheduled: _____ at _____
☐ Defendant allowed to stand on present bond;    ☐ Government stipulates, findings made
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____

_____
_____
_____
_____
_____

Arraignment on Felony Information                                    (7/2021)