# NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                           Plaintiff,

vs.

                          Case No.: 25-cr-334-JDR

Christien Valere Lafrance,

                                        **WAIVER OF INDICTMENT**

                                           Defendant.

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/11/2025

_____
Christien Valere Lafrance, Defendant

_____
Attorney for Defendant

_____
Christine D. Little, U.S. Magistrate Judge